UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION



FILED
MAR 03 2011

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| PAMELA KANNAS, | * | CIV. 09-4149 |
| Plaintiff, | * | |
| -vs- | * | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

The Commissioner's decision is reversed under sentence four of 42 U.S.C. § 405(g). The case is remanded to the Commissioner for further administrative proceedings as set forth in the Opinion and Order.

Dated this 3rd day of March, 2011.

BY THE COURT:

_/s/ Lawrence L. Piersol_
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, Clerk
By _/s/ Deb Peterson_ Deputy